IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, | : CASE NUMBER 21mj10115(MAH) |
| Plaintiff, | : HONORABLE ~~CATHY WALDOR~~, U.S.M.J. |
| | *Michael A. Hammer* |
| v. | : |
| LASHAWN MAYFIELD, ET AL., | : *Amended Order* |
| Defendant. | : |

This matter having been opened to the Court upon the application of defendant, Lashawn Mayfield, through her attorney, Paulette Pitt, Esq., for an Order modifying the Order Setting Conditions of Release to allow her to undergo hip replacement surgery on July 30, 2025, and for the temporary removal of her electronic transmitter to allow her to travel to the medical facility, undergo surgery, and allow sufficient time for medically safe recovery from the surgical procedure; and Daniel Rosenblum, Esq., Assistant United States Attorney, having consented to this request; and Acheme Amali, United States Pretrial Services Officer, having consented to this request, and for good cause shown,

**IT IS**, therefore, on this ___28th___ day of July, 2025, for the reasons discussed,

**ORDERED** that the Order Setting Conditions of Release is

hereby modified as follows:

1. Defendant shall be permitted to leave her home for surgery at Virtua Voorhees located at 200 Bowman Drive, Suite E 100, Voorhees, New Jersey, on July 30, 2025 at a time to be determined.

2. The Defendant is directed to report to Pretrial Services the morning of her appointment to have the transmitter removed, or shall be permitted to remove her transmitter at the direction of Pretrial Services for the duration of her medical procedure. The defendant shall be allowed to recover from the surgical procedure for two weeks. Two weeks after the surgery, if medically cleared, the defendant shall report to Pretrial Services for the reinstallation of the transmitter.

**IT IS FURTHER ORDERED** that all other terms of the Order Setting Conditions shall remain in effect.

_____
Honorable Michael A. Hammer, U.S.M.J.

# PAULETTE PITT, ESQ.
530 Rahway Avenue
Unit A
Woodbridge, New Jersey 07095
(908)421-0276
attorneypitt@gmail.com

*Amended Order*

- *Ankle Bracelet Removal*
- *2 weeks off*
- *All consent*

July 28, 2025

Honorable Michael A. Hammer, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Courthouse
  and Federal Building
Courtroom 2C
Newark, New Jersey 07102

**Re:  United States v. Lashawn Mayfield**
**Magistrate Number 21-mj-10115(MAH)**

Dear Judge Hammer:

I apologize but I uploaded the wrong version of a proposed form of Order yesterday. The corrected form is submitted herewith. The corrected form allows for temporary removal of the electronic transmitter for two weeks after the surgery to allow for proper healing and recovery.

Please review the proposed form of Order and, if acceptable to the Court, sign the Order and cause it to be entered on the docket.

Again, I apologize for this mistake and inconvenience.

Thank you for your consideration in this matter.

Respectfully submitted,

s/ Paulette Pitt

Paulette Pitt, Esq.

c.c.: Daniel Rosenblum, Esq., Assistant United States Attorney
   Adrienne Smith, United States Pretrial Services Supervisor